**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 12-cv-03341-LTB-MJW

EUGENE FOSTER,
ROBERT FISK,

    Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C.,
ARCH COAL, INC.,

    Defendants.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiff's Unopposed Motion to Amend the Complaint (Doc 10 - filed February 12, 2013) is **GRANTED**. The tendered Amended Complaint is accepted for filing.

Dated: February 13, 2013
_____