**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   12-cv-03341-LTB-MJW

EUGENE FOSTER and
ROBERT FISK,

       Plaintiffs,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C., and
ARCH COAL, INC.,

       Defendants.

_____

**ORDER**
_____

Upon Defendants' Response to Plaintiffs' Motion to Appoint Local Magistrate Judge (Doc 19 - filed May 31, 2013) and review of the file, it is

ORDERED that Plaintiffs' Motion to Appoint Local Magistrate Judge (Doc 17) is DENIED.

                         BY THE COURT:

                           s/Lewis T. Babcock
                         Lewis T. Babcock, Judge

DATED: June 3, 2013