# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.:**  12-cv-03341-LTB-MJW | FTR - Courtroom A-502 |
| **Date:** December 16, 2013 | Courtroom Deputy, Emily Seamon |
| EUGENE FOSTER, and<br>ROBERT FISK, | John Keith Killian<br>Damon Davis<br>Andrew Petroski |
| Plaintiffs, | |
| v. | |
| MOUNTAIN COAL COMPANY, LLC,<br>ARCH WESTERN RESOURCES, LLC, and<br>ARCH COAL, INC., | Jeffrey Johnson<br>Bradford Williams |
| Defendants. | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in session:**   10:03 a.m.
Court calls case.  Appearances of counsel.

The Court hears oral argument regarding Plaintiff Eugene Foster's Motion for a Protective Order Regarding the Location of His Deposition.

10:05 a.m.   Argument by Mr. Killian.

10:07 a.m.   Response by Mr. Johnson.

10:09 a.m.   Reply by Mr. Killian.

Discussion regarding taking a video deposition and the production of Mr. Foster's medical records.

**ORDERED:**   Plaintiff Eugene Foster's Motion for a Protective Order Regarding the Location of His Deposition [Doc. No. 48, filed December 11, 2013] is GRANTED as follows. Defendants' counsel may take Mr. Foster's deposition in either Edwards, CO or Eagle, CO.  Defendants' counsel shall determine the location and give a date and time certain for the deposition.  Each party shall pay their own attorney's fees and costs for the motion.

HEARING CONCLUDED.

**Court in recess:** 10:20 a.m.
Total in-court time: 00:17

To order a transcript of this proceeding, contact  Avery Wood Reports    (303) 825-6119  or Toll Free    1-800-962-3345.