IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03341-LTB-MJW

EUGENE FOSTER

Plaintiff,

v.

MOUNTAIN COAL COMPANY, L.L.C.,
ARCH WESTERN RESOURCES, L.L.C., and
ARCH COAL, INC.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Defendants' Unopposed Motion for Leave to Take Deposition of Dr. James Gebhard Out-Of-Time (Docket No. 79) is granted. Defendants are granted to leave to depose Dr. James Gebhard on September 16, 2014. The Scheduling Order (Docket No. 26) is amended accordingly.

Date: August 1, 2014